NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARK ROBERTS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Cross Appellant.*

---

2012-5113, -5114

---

Appeals from the United States Court of Federal Claims in case no. 10-CV-754, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Mark Roberts moves for an 80-day extension of time to obtain counsel and to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Roberts' brief is due within 80 days of the date of filing of this order.

FOR THE COURT

AUG 29 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark Roberts
K. Elizabeth Witwer, Esq.

s27

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 9 2012

JAN HORBALY
CLERK